of a verdict did not bar their receding from that motion and requesting a submission of the question of fact to the jury. (*O'Connor* v. *Webber*, 239 N. Y. 191, 198; *Pneumatic Signal Co.* v. *Texas & Pacific R. Co.*, 200 id. 125, 129; *Kinner* v. *Whipple*, 198 id. 585; *Scott* v. *Empire State Degree of Honor*, 204 App. Div. 530, 532; *Happel* v. *Lehigh Valley Railroad Co.*, 210 id. 461, 463; *Washington Finance Corporation* v. *Samuels*, 224 id. 672.) Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

EMMA T. H. THOMAS, Appellant, v. KARL OTTO THOMAS, Respondent.— Order denying plaintiff's motion for alimony *pendente lite* and counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JOSEPH VALLA, Respondent, v. SAM CALVO, Appellant.— Order granting plaintiff's motion for a temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

GEORGE A. WILSON, Appellant, v. DANIEL P. CLIFFORD, Respondent.— Order granting defendant's motion for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

THE GENERAL TANNING CORPORATION, Respondent, v. CONSOLIDATED SEWING MACHINE & SUPPLY CO., INC., Appellant.— Application denied, with ten dollars costs.

AUGUSTA KERN, as General Guardian of IRVING KERN, an Infant, Respondent, v. SAMUEL KLIEGMAN, Appellant.— Motion for reargument of application for leave to appeal to the Appellate Division denied.

HAROLD P. SHAPIRO, Respondent, v. HENRY T. REEB, Appellant, and Others, Defendants.— Application denied, with ten dollars costs.

MARY ANKNER, Respondent, v. GEORGE T. COOK and Others, etc., Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

NICHOLAS A. ANKNER, Respondent, v. GEORGE T. COOK and Others, etc., Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present— Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

BACH REALTY CORPORATION, Respondent, v. GEORGE WHITEN REALTY CORPORATION and WILLIAM OSTERMEYER, Appellants, and Others, Defendants.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

WILLIAM A. BAUMERT, Appellant, v. ALFRED S. AMBLER and HELEN BAUMERT, Appellants, and HANS ALBERT OBST and Others, Respondents.— Motion for leave